**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**VASILIY POTAPOV,**

    **Plaintiff,**

                                              **CASE NO.:  5:15-CV-00143-MW-GRJ**

**vs.**

**KEETON CORRECTIONS, INC.,**

    **Defendant.                            /**

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, VASILIY POTAPOV and Defendant, KEETON CORRECTIONS, INC., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to a dismissal of this action with prejudice. *See Anago Franchising, Inc. v. Shaz LLC*, No. 10-95098, slip op. (11th Cir. April 23, 2012)("we find that the plain language of Rule 41(a)(1)(A)(ii) requires that a stipulation filed pursuant to that subsection becomes self-executing and dismisses the case upon its becoming effective").

Date: October 6, 2015                          Respectfully submitted,

| /s/ Kimberly De Arcangelis | /s/ Sheri D. McWhorter |
|---|---|
| Kimberly De Arcangelis, Esq. | Sheri D. McWhorter, Esq. |
| Fla. Bar No.: 0025871 | Fla. Bar No.:  062049 |
| Morgan & Morgan, P.A. | Law Offices of Sheri D. McWhorter, PA |
| 20 N. Orange Ave., 14th Floor | Post Office Box 530487 |
| Orlando, FL 32801 | St. Petersburg, Florida 33747 |
| Telephone: (407) 420-1414 | Telephone:  (727) 388-5383 |
| Facsimile:  (407) 245-3383 | Facsimile:  (866) 378-5383 |
| Email: kimd@forthepeople.com | Email: smcwhorter@workplacelegalsolutions.com |
| Attorneys for Plaintiff | Attorney for Defendant |