## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**VASILY POTAPOV,**

      **Plaintiff,**

**v.**                         **Case No.  5:15cv143-MW/CAS**

**KEETON CORECTIONS, INC.,**

      **Defendant.**
_____/

## ORDER CLOSING THE FILE

The parties have filed Joint Stipulation for Dismissal. ECF No. 14. The notice is effective without an order from the Court.  See Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC,* 677 F.3d 1272 (11th Cir. 2002).  Accordingly, the Clerk shall close the file.

      **SO ORDERED on October 6, 2015.**

                             **s/Mark E. Walker**_____
                             **United States District Judge**